IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00174-BNB

TUPAC-TARNELL,

    Plaintiff,

v.

COP LA,
COP NYPD,
COP DENVER,
SHERIFF LA,
SHERIFF DENVER, and
SHERIFF NY,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Tarnell L. Jones, who refers to himself as Tupac-Tarnell in the caption of his complaint, is an inmate at the Adams County Detention Facility in Brighton, Colorado. Mr. Jones initiated this action by filing *pro se* a Complaint, a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a "Motion to US State Court House." In an order filed on January 31, 2011, Magistrate Judge Boyd N. Boland directed Mr. Jones to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Jones to file on the proper prisoner forms an amended complaint and an amended motion seeking leave to proceed *in forma pauperis* and also to submit a certified copy of his inmate trust fund account statement in support of his *in forma pauperis* motion as required pursuant to

§ 1915(a)(2). Mr. Jones was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Jones has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's January 31 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Jones failed to cure the deficiencies as directed. It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and the "Motion to US State Court House" are denied as moot.

DATED at Denver, Colorado, this 17th day of March, 2011.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00174-BNB

Tarnell L Jones
Reg. No. 2010-3386
Adams County Detention Facility
PO Box 5001
Brighton, CO 80601

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on March 17, 2011.

                                  GREGORY C. LANGHAM, CLERK

                        By: _____
                                     Deputy Clerk